# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE PENNEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BIG LOTS STORES, INC., an Ohio corporation; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No.: 8:14-cv-01076-CJC-AN<br>Honorable Cormac J. Carney<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: June 10, 2014<br>Removal: July 11, 2014 |

The Court, having considered the Stipulation of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(ii) jointly filed by the Parties, finds that this action shall be dismissed with prejudice. Each party is to bear his or its own costs and attorneys' fees.

Dated: October 16, 2015

_____
Honorable Cormac J. Carney
United States District Court Judge